JESSIE B. TEETSELL, Respondent, *v.* MARY K. ROSS et al., Appellants, Impleaded with Others.

*Appeal — appeal, without permission, from judgment affirming interlocutory judgment dismissed.*

*Teetsell* v. *Ross*, 201 App. Div. 826, appeal dismissed.

(Argued December 4, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1922, affirming an interlocutory judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action for partition of real property.

*Charles F. Choate, Jr., Archibald MacLeish* and *Charles Irving Oliver* for appellants.

*Newton B. Van Derzee* and *Harry Cook* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.